IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON ANDREW WRIGHT,

        Petitioner,

    v.

STATE OF OREGON,

        Respondent.

No. 2:14-cv-02058-JE

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings & Recommendation (#78) on March 14, 2018, in which he recommends the Court deny Petitioner's Petition for Writ of Habeas Corpus, dismiss the case with prejudice, and decline to issue a Certificate of Appealability. Petitioner has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [78], and therefore, Petitioner's Petition for Habeas Corpus [2] is denied and this case is dismissed with prejudice. The Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 6 day of July, 2018.

MARCO A. HERNANDEZ
United States District Judge